

RECEIVED
IN MONROE, LA

AUG 1 4 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| BOBBY DOE | CIVIL ACTION NO. 05-2060 |
| VS. | SECTION P |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff's Motion for Appointment of Counsel [Doc. 3] be **DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 14 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE